IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**COORSTEK, INC.**                                                                                   **PLAINTIFF**

**V.**                                            **CASE NO.  4:06CV01726**

**ELECTRIC MELTING SERVICES**
**COMPANY, INC.**                                                                            **DEFENDANT**

## ORDER

After consideration of the motion to admit counsel Jennifer L. Willingham *pro hac vice*, and it appearing to the Court that Ms. Willingham meets the admission requirements to appear in this Court and for good cause shown;

IT IS HEREBY ORDERED that said motion, docket # 13, should be, and hereby is, GRANTED.

SIGNED this 22nd day of August, 2007.


_____
James M. Moody
United States District Judge