IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**COORSTEK, INC.**                                                   **PLAINTIFF**

**V.**                   **CASE NO. 4:06CV01726**

**ELECTRIC MELTING SERVICES
COMPANY, INC.**                                           **DEFENDANT**

## ORDER

Pending is Plaintiff's motion *in limine*. (Docket # 55). Defendant has filed a response.

For the reasons stated on the record on this date, the motion is granted in part and denied in part.

IT IS SO ORDERED this 2nd day of December, 2008.

_____
James M. Moody
United States District Judge