IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**COORSTEK, INC.**                                                                                 **PLAINTIFF**

**V.**                                  **CASE NO. 4:06CV01726**

**ELECTRIC MELTING SERVICES**
**COMPANY, INC.**                                                          **DEFENDANT**

### JUDGMENT ON JURY VERDICT

This action came on for trial December 2 - 5, 2008, before the Court and a jury, the Honorable James M. Moody, United States District Judge presiding.

The issues having been duly tried, and after deliberating thereon, the jury returned a verdict on December 5, 2008, against defendant and in favor of the plaintiff, in the amount of $77,576.00.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that the plaintiff, Coorstek, Inc., have and recover of and from the defendant, Electric Melting Services Company, Inc., the sum of $77,576.00, together with interest from this date until paid at the rate of .96% per annum as provided by law, together with costs as the Court may find allowable.

Dated this 8th day of December, 2008.

_____
James M. Moody
United States District Judge